IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILBUR WADE ATCHERLEY,

        Petitioner,

  v.

A. SCRIBNER,

        Respondent.
                                    /

No. CV-04-4434 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: September 16, 2008

                                                    Richard W. Wieking, Clerk

                                                    By: Tracy Lucero
                                                    Deputy Clerk